UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW CHESHIRE,<br><br>    Petitioner,<br><br>v.<br><br>WARREN MONTGOMERY,<br><br>    Respondent. | Case No. 2:20-cv-11352-MWF-MAA<br><br>**ORDER OF DISMISSAL** |

On December 14, 2020, the Court received and filed Petitioner Andrew Cheshire's ("Petitioner") *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 ("Petition"). (Pet., ECF No. 1.) On December 22, 2020, the Court received and filed Petitioner's Declaration in Support of Request to Proceed *In Forma Pauperis* ("IFP Request"). (IFP Request, ECF No. 4.)

On January 5, 2021, the Court denied Petitioner's IFP Request ("January 5 Order"). (Jan. 5, 2021 Or., ECF No. 7.) The Order stated: "Plaintiff shall pay the filing fees in full within 30 days or this case will be dismissed." (*Id.*)

Petitioner did not pay the filing fees within thirty days after the January 5 Order—that is, by February 4, 2021. To date, Petitioner has not paid the $5 filing fee.

**IT THEREFORE IS ORDERED** that this lawsuit is **DISMISSED** without prejudice. No further filings shall be accepted under this case number.

DATED: March 10, 2021

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

Presented by:

_____
MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE