JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ANDREW CHESHIRE,

                            Petitioner,

            v.

WARREN MONTGOMERY,

                            Respondent.

Case No. 2:20-cv-11352-MWF-MAA

**JUDGMENT**

 

    Pursuant to the Order of Dismissal filed herewith,

    **IT IS ADJUDGED** that the above-captioned case is dismissed without prejudice.

DATED:  March 10, 2021

_____

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE